IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> MOHAMMAD NAZMUL ) <br> HAQUE, RICK KELLEY, and ) <br> JOEY MACKE, ) <br> ) <br> Defendants. | 8:21CR61 <br><br> ORDER |

This matter is before the court on defendant, Rick Kelley's unopposed Motion to Continue Trial [73]. Plea negotiations are ongoing. Counsel for co-defendants Mohammad Nazmul Haque and Joey Macke do not object to the continuance. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [73] is granted, as follows:

1. The jury trial, **for all three defendants**, now set for June 20, 2023, is continued to **September 18, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date** and **September 18, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny continuity of counsel and counsel the reasonable time necessary for effective preparation, taking intoaccount the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

**DATED: June 6, 2023.**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**