IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MOHAMMAD NAZMUL HAQUE,<br><br>Defendant. | 8:21CR61<br><br>**ORDER** |

On December 6, 2023, the court received a motion by Douglas J. Amen to withdraw as counsel for the defendant, Mohammad Nazmul Haque (Filing No. 81). Douglas J. Amen represents that he has received a new position of employment that no longer allows him to represent the defendant. The court granted Douglas J. Amen's Motion to Withdraw as Counsel (Filing No. 82).

Daniel R. Stockmann, 6036 Binney Street, Omaha, NE 68104, (402) 884-1031, is appointed to represent Mohammad Nazmul Haque for the balance of these proceedings pursuant to the Criminal Justice Act. Douglas J. Amen shall forthwith provide Daniel R. Stockmann any discovery materials provided to the defendant by the government and any such other materials obtained by Douglas J. Amen which are material to Mohammad Nazmul Haque's defense.

The clerk shall provide a copy of this order to Daniel R. Stockmann.

**IT IS SO ORDERED.**

Dated this 8th day of December, 2023.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge