IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR61 |
| vs. | ) | |
| | ) | |
| MOHAMMAD NAZMUL HAQUE, RICK KELLEY, and JOEY MACKE, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the court on defendant, Mohammad Nazmul Haque's Unopposed Motion to Continue Trial [87]. Counsel for the defendant was recently appointed and requires additional time to review discovery and discuss potential plea options. The government and counsel for defendants, Ricky Kelly and Joey Macke have no objection to the requested continuance.   Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [87] is granted, as follows:

1. The jury trial, **for all three defendants**, now set for March 25, 2024, is continued to **May 28, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date** and **May 28, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny continuity of counsel and counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

**DATED:  March 13, 2024.**

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge