IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>    v.<br><br>MOHAMMAD NAZMUL HAQUE, RICK KELLEY, and JOEY MACKE,<br><br>                      Defendants. | 8:21CR61<br><br>ORDER |

       This matter is before the Court on defendant Rick Kelley's Motion to Continue Trial (Filing No. 94). Counsel needs additional time to review the latest discovery and continue plea negotiations as set out in the motion. Counsel for the government, Mohammad Nazmul Haque and Joey Macke indicate they have no objection to the continuance. For good cause shown,

       IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 94) is granted as follows:

1. The jury trial, for defendants **Mohammad Nazmul Haque, Ricky Kelly and Joey Macke**, now set for September 3, 2024, is continued to **November 4, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 4, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. No further continuances will be granted barring exceptional circumstances.

Dated this 26th day of Augus4t 2024.

                                                              BY THE COURT:

                                                              Robert F. Rossiter, Jr.
                                                             Chief United States District Judge