IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>    vs.<br><br>MOHAMMAD NAZMUL HAQUE, RICK KELLEY, and JOEY MACKE,<br><br>                     Defendants. | 8:21CR61<br><br>ORDER |

In accordance with the hearing held on January 6, 2025, as to Defendant, Rick Kelley,

IT IS ORDERED:

1) Defendant, Rick Kelly's unopposed oral motion to continue trial and schedule a status conference is granted.

2) A status conference with counsel for defendants, Mohammad Nazmul Haque, Rick Kelley, and Joey Macke will be held before the undersigned magistrate judge at 11:00 a.m. on March 17, 2025, in Courtroom 6, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, NE. Counsel for the parties shall be present in person. Defendants are excused from appearing.

3) In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between today's date and on March 17, 2025, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant this motion would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the novelty and complexity of the case. The failure to grant this motion might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(6), (7)(A) & (B). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

4) The trial of this case is continued pending further order of the Court.

Dated this 6th day of January, 2025.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge